**KWAI FUN WONG; Wu–Wei Tien Tao Association, Plaintiffs–Appellants,**

v.

**David BEEBE, a former Immigration and Naturalization Service (n.k.a. Department of Homeland Security) Official; United States of America, Defendants–Appellees.**

No. 10–36136.

United States Court of Appeals,
Ninth Circuit.

Jan. 3, 2013.

Beth Creighton, Creighton & Rose, PC, Portland, OR, Thomas Martin Steenson,

Tom Steenson, Portland, OR, for Plaintiffs–Appellants.

James G. Bartolotto, Esquire, U.S. Department of Justice, Washington, DC, Anne Murphy, Trial, Zachary Carl Richter, Trial, U.S. Department of Justice, Washington, DC, R. Joseph Sher, Assistant U.S., United States Attorney, Alexandria, VA, Barbara L. Herwig, Kelly A. Zusman, Assistant U.S., Office of the U.S. Attorney, Portland, OR, for Defendants–Appellees.

D.C. No. 3:01–cv–00718–JO.

**ORDER**

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35–3.